# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159707

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* ROGERS/ROBINSON, Minors.

SC: 159707
COA: 344755
Oakland CC Family Div:
  15-833368-NA

_____/

On order of the Court, the application for leave to appeal the May 7, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2019



t0716

Clerk